IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| MICHAEL A. BETTENBROCK,<br><br>    Plaintiff,<br><br>vs.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)  Case No. _____<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF REMOVAL OF CAUSE TO THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF KANSAS

TO: THE HONORABLE JUDGE OF SAID COURT:

    The Petitioner, State Farm Mutual Automobile Insurance Company, Defendant herein, respectfully states to the Court:

    1.    That there was commenced and is now pending in the District Court of Saline County, Kansas, a civil action in which Michael A. Bettenbrock is the Plaintiff, and the Petitioner herein, State Farm Mutual Automobile Insurance Company, is the Defendant, said case captioned as *Michael A. Bettenbrock v. State Farm Mutual Automobile Insurance Company*, Case No. 14 CV 283.

    2.    That said action is a civil suit, of which this Court has original jurisdiction under the provisions of Title 28, U.S. Code, Section 1332, as amended, and is one which may be removed to this Court by Petitioner, State Farm Mutual Automobile Insurance Company, Defendant therein, pursuant to the provisions of Title 28, U.S. Code, Section 1441, in that it is a civil action wherein the matter in controversy exceeds the sum or value of Seventy-Five Thousand and No/100 Dollars ($75,000.00), exclusive of interest and costs, and is between citizens of different states.

2

3. That the Petitioner shows that said cause of action involves a controversy between citizens of different states, to-wit:

    a. The Plaintiff Michael A. Bettenbrock is now, and was at the commencement of this action, a citizen of the State of Kansas.

    b. The Defendant State Farm Mutual Automobile Insurance Company is now, and was at the commencement of this action, a citizen of and with its principal place of business in the State of Illinois.

4. That this Notice of Removal is filed within thirty (30) days after receipt by this Defendant of a copy of the Plaintiff's Petition setting forth the claim for relief by the Plaintiff on which the action is based, wherein Plaintiff has sought damages in excess of Seventy-Five Thousand and No/100 Dollars ($75,000.00) and therefore within the jurisdiction of this Court, and the time for filing this Notice of Removal under the statutes of this United States has not expired.

5. That there is filed herewith, and by reference made a part hereof, a true and correct copy of all process, pleadings and orders filed in reference to the above-captioned matter in the District Court of Saline County, Kansas.

WHEREFORE, Petitioner prays that further proceedings in the District Court of Saline County, Kansas, be discontinued, and that this action be removed to the United States District Court for the District of Kansas.

WALLACE SAUNDERS

BY: _____
James L. Sanders       KS #11483
jsanders@wallacesaunders.com
10111 West 87th Street
Overland Park, KS 66282
913-888-1000   FAX 913-888-1065

ATTORNEYS FOR STATE FARM MUTUAL
AUTOMOBILE INSURANCE COMPANY

STATE OF KANSAS   )
                  ) ss:
COUNTY OF JOHNSON )

James L. Sanders, of lawful age, being first duly sworn upon his oath states that he is the attorney for the Defendant, State Farm Mutual Automobile Insurance Company, Petitioner herein; that he has read and knows the contents of the foregoing and attached Notice of Removal of Cause to the United States District Court for the District of Kansas; that the matters, facts and allegations contained in said notice of removal are true as he verily believes.

_____
James L. Sanders

Subscribed and sworn to before me this 21st, day of October, 2014.

_____
Notary Public

My Commission Expires:

ANNA JO THORNSBERRY
Notary Public - State of Kansas
My Appt. Exp. 09-14-2016

3