FILED
SALINE CO. DIST. COURT
2014 SEP 12 PM 4: 21

## IN THE DISTRICT COURT OF SALINE COUNTY, KANSAS

| | |
|---|---|
| MICHAEL A. BETTENBROCK, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 14 CV 283 |
| STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, | ) |
| Defendant. | ) |

### PETITION PURSUANT TO K.S.A. CHAPTER 60

COMES NOW Michael A. Bettenbrock (hereinafter "Plaintiff"), by and through counsel, Norman R. Kelly, Esq. of Norton, Wasserman, Jones & Kelly, LLC, and for his claims against State Farm Mutual Automobile Insurance Company (hereinafter "Defendant") states and alleges as follows:

1. That Plaintiff is a resident of Brookville, Saline County, Kansas.

2. That Defendant is a foreign insurance company authorized to transact the business of insurance in Kansas.

3. The Defendant may be served with Summons and a copy of this Petition by serving an officer, manager, partner or resident, managing or general agent pursuant to K.S.A. 60-304(e) at Corporate Headquarters, One State Farm Plaza, Bloomington, Illinois 61710.

4. That this court has subject matter jurisdiction over this case and personal jurisdiction over Defendant.

5. That venue is proper in the Saline County District Court pursuant to K.S.A. 60-603(3).

6. That Defendant issued an automobile insurance policy, policy no. F00 0324-B21-16L, to Plaintiff which had a policy period of and between February 21, 2013 through February 21, 2014 and provided various coverages to Plaintiff including, but not limited to, uninsured motorist coverage.

7. That on July 16, 2013 Plaintiff was driving his 1997 red Dodge Ram pickup truck in a southerly direction on Centennial Road in Salina, Saline County, Kansas.

8. That on July 16, 2013 Darcy Kelly was driving her uninsured 1993 white Dodge Caravan in a northerly direction in the 1200 block of Centennial Road.

9. That Darcy Kelly, while driving northbound in the 1200 block of Centennial Road and while approaching a curve which curves the road back to the east, did not reasonably and appropriately negotiate the curve and ended up driving her van northbound in the southbound lane of travel of Centennial Road.

10. That Plaintiff attempted to slam on his brakes and swerve his pickup truck to the left to miss or avoid colliding with Darcy Kelly's van which was coming directly at him in his southbound lane of travel because that is all he had time to do and was unable to avoid this high speed collision and was struck essentially head-on in the passenger side of Plaintiff's pickup truck by Darcy Kelly's van.

11. That Darcy Kelly's 1993 white Dodge Caravan struck Plaintiff's pickup violently and at a high rate of speed in the passenger side door, without any attempt on her part to brake, and this caused Plaintiff's pickup to be violently pushed off of the roadway and rollover in the ditch.

12. That this collision was solely and proximately caused by the negligence of Darcy Kelly which included the following grounds of negligence:

    a. She failed to use reasonable care to keep her vehicle under control and drive

2

   within the range of her vision in order to avoid colliding with any other vehicle using the highway;

 b. She failed to keep a proper lookout for other vehicles and objects in her line of vision that effected her use of the highway;

 c. She failed to drive her vehicle at a safe and appropriate speed when approaching and/or going around this curve;

 d. She failed to drive on the right side of the roadway and in her northbound lane of travel at all times as required by law to do so.

 e. She failed to reasonably brake and/or swerve back into her northbound lane of travel to avoid this collision.

13. That Darcy Kelly's violations of these above described duties constituted negligence per se.

14. That after this collision Darcy Kelly reported to the investigating officers that she dropped or spilled a cup and was looking down on the floorboard when she drove left of center at a high rate of speed into the opposite bound lane of oncoming traffic.

15. That Plaintiff sustained significant bodily injury and damages resulting from this high speed collision including, but not limited to, significant medical expenses, lost wages and pain, suffering, disability and disfigurement.

16. That Plaintiff sustained a significant impairment of function to his body as a whole as result of injuries sustained in this collision, now has permanent restrictions in physical activity and has sustained a permanent disability as a result of injuries sustained in this collision.

17. That based on reasonable medical probability Plaintiff will need future medical care

and treatment to properly treat the injuries he sustained in this collision.

18. That at all times material and specifically at the time of this collision, Darcy Kelly was uninsured under Kansas law and driving in violation of Kansas law.

19. That in providing coverage under its above referenced policy for Plaintiff for bodily injury on a property damage caused by the negligence of an uninsured driver driving on the roads and highways of the state of Kansas, Defendant steps into the shoes of Darcy Kelly and provides liability coverage for her.

20. That Plaintiff prays for judgment against Defendant for an amount in excess of seventy-five thousand dollars ($75,000.00) for damages outlined above which were solely and proximately caused by Darcy Kelly, as an uninsured motorist negligence for mores specifically described above.

WHEREFORE, Plaintiff prays for judgement against Defendant for an amount in excess of seventy-five thousand dollars ($75,000.00) and for such other and further relief as the court deems just and equitable.

> NORTON, WASSERMAN, JONES & KELLY, L.L.C.
> 213 South Santa Fe
> P.O. Box 2388
> Salina, KS  67402-2388
> (785) 827-3646
> Fax (785) 827-0538
> E-mail: nrk@nwjklaw.com
>
> By: _/s/ N. R. K._
> Norman R. Kelly
> SC #10639
> Attorneys for Plaintiff

4

## DEMAND FOR JURY TRIAL

COMES NOW Plaintiff who demands trial by jury on all issues of fact so triable.

> NORTON, WASSERMAN, JONES & KELLY, L.L.C.
> 213 South Santa Fe
> P.O. Box 2388
> Salina, KS  67402-2388
> (785) 827-3646
> Fax (785) 827-0538
> E-mail: nrk@nwjklaw.com
>
> By: _____
> Norman R. Kelly
> SC #10639
> Attorneys for Plaintiff